# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:10-cv-101 (HL) |
| DIANNE G. HARRELL | : | |
| Defendant. | : | |

## ORDER

The matter before the Court is the United States' petition to enforce an IRS summons (Doc. 1). By way of letter from the U.S. Attorney's Office (Doc. 8), the Court is aware that Defendant Dianne G. Harrell has satisfied her entire obligation under the summons. Therefore, this case is now moot. The Clerk of Court is directed to close this case.

**SO ORDERED**, this the 10th day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc